BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15CR287 AWI-BAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| ERIK HARALD MOJE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on Monday, January 11, 2016, at 1:00 p.m.

2.  By this stipulation, the parties agree to continue the matter to February 22, 2016, at 1 p.m.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The parties believe that failure to grant the above-requested continuance would deny the defendant an opportunity to expeditiously resolve this matter.

1

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 11, 2016, to February 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B) (i) because it would allow the parties sufficient time to expeditiously resolve this matter and the failure to grant the continuance would create a miscarriage of justice.  Thus, the ends of justice would be served by taking such action and would outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   January 7, 2016.          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   January 7, 2016.

/s/ Kevin Little
KEVIN LITTLE
Counsel for Defendant Moje

The hearing is continued and time is excluded as stated in the stipulation.
IT IS SO ORDERED.

Dated:   **January 7, 2016**          /s/ *Barbara A. McAuliffe*  _
                                    UNITED STATES MAGISTRATE JUDGE

2