Kevin G. Little, SBN 149818
Law Office of Kevin G.Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile; (449) 420-0839
E-mail: kevin@kevinglittle.com

Attorney for Defendant Erik Harald Moje

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIK HARALD MOJE,<br><br>　　　　　Defendant. | CASE NO. 1:15CR287 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

The parties, through their counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a status conference on Monday, January 11, 2016, at 1:00 p.m.  By this stipulation, the parties agreed to continue the matter to February 22, 2016, at 1:00 p.m.

2.　By way of further stipulation, the parties now agree to continue the matter to April 25, 2016, at 1:00 p.m.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a.　The parties believe that failure to grant the above-requested continuance would deny the defendant an opportunity to expeditiously resolve this matter.  Plea negotiations and

investigation are ongoing.

      b.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 22, 2016 to April 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B) (i) because it would allow the parties sufficient time to expeditiously resolve this matter and the failure to grant the continuance would create a miscarriage of justice.  Thus, the ends of justice would be served by taking such action and would outweigh the best interest of the public and the defendant in a speedy trial.

    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 17, 2016.  Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

/s/ Karen A. Escobar_____  
KAREN A. ESCOBAR  
Assistant United States Attorney

DATED: February 17, 2016.

/s/ Kevin Little  
KEVIN LITTLE  
Counsel for Defendant Erik Harald Moje

**O R D E R**

IT IS SO FOUND AND ORDERED THAT the 1st Status Conference is continued from February 22, 2016 to April 25, 2016 at 1:00PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B) (i).

IT IS SO ORDERED.

Dated:   **February 17, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE