Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile; (449) 420-0839
E-mail: kevin@kevinglittle.com

Attorney for Defendant Erik Harald Moje

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIK HARALD MOJE,<br><br>　　　　　Defendant. | CASE NO. 1:15CR287 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

The parties, through their counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a status conference on Monday, January 11, 2016, at 1:00 p.m. By this stipulation, the parties agreed to continue the matter to February 22, 2016, at 1:00 p.m. By way of further stipulation, the parties then agreed to continue the matter to April 25, 2016, at 1:00 p.m

2.　.The parties by way of this stipulation now seek to continue the scheduled June 27, 2016, 1:00 p.m. status conference to August 8, 2016 at 1:00 p.m.

3.　The parties agree and stipulate, and request that the Court find the following:

a. The parties believe that failure to grant the above-requested continuance would deny the defendant an opportunity to expeditiously resolve this matter. Plea negotiations and investigation are ongoing.

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 27, 2016 to August 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (i) because it would allow the parties sufficient time to expeditiously resolve this matter and the failure to grant the continuance would create a miscarriage of justice. Thus, the ends of justice would be served by taking such action and would outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      June 23, 2016          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Karen A. Escobar
                                   KAREN A. ESCOBAR
                                   Assistant United States Attorney


DATED:      June 23 2016.

                                   /s/ Kevin Little
                                   KEVIN LITTLE
                                   Counsel for Defendant Erik Harald Moje

**O R D E R**

IT IS SO FOUND AND ORDERED that the 2nd Status Conference is continued from June 27, 2016 at 1:00 PM to August 8, 2016 at 1:00 PM before Judge McAuliffe.  Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (i).  The August 8, 2016 hearing will not be continued.

IT IS SO ORDERED.

Dated:   **June 23, 2016**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE