Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile; (449) 420-0839
E-mail: kevin@kevinglittle.com

Attorney for Defendant Erik Harald Moje

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00287 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING FURTHER CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| ERIK HARALD MOJE, | |
| Defendant. | |

**STIPULATION**

The parties, through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, January 11, 2016, at 1:00 p.m. By this stipulation, the parties agreed to continue the matter to February 22, 2016, at 1:00 p.m. By way of further stipulation, the parties then agreed to continue the matter to April 25, 2016, at 1:00 p.m. By way of further stipulation the parties then continued the matter to June 27, 2016, at 1:00 p.m. By way of further stipulation, the parties continued the matter to August 8, 2016 at 1:00 p.m.

2. However, the defendant recently suffered a significant back injury, and defense

1

counsel will be out of the country on August 8th. Therefore, by way of this stipulation, the parties seek a further brief continuance to and until September 12, 2016 at 1:00 p.m.

    3.      The parties agree and stipulate, and request that the Court find the following:

          a.      The parties believe that failure to grant the above-requested continuance would deny the defendant an opportunity to expeditiously resolve this matter. Plea negotiations and investigation are ongoing.

          b.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

          c.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 8, 2016 to September 12, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (i) because it would allow the parties sufficient time to expeditiously resolve this matter and the failure to grant the continuance would create a miscarriage of justice. Thus, the ends of justice would be served by taking such action and would outweigh the best interest of the public and the defendant in a speedy trial.

    5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      August 4, 2016      Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            /s/ Karen A. Escobar_____
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney

Case 1:15-cr-00287-DAD-BAM   Document 30   Filed 08/04/16   Page 3 of 3

DATED:       August 4, 2016.

                                        /s/ Kevin Little
                                        KEVIN LITTLE
                                        Counsel for Defendant Erik Harald Moje

**O R D E R**

IT IS SO FOUND AND ORDERED THAT the 2nd Status Conference is continued from August 8, 2016 to Monday, **September 12, 2016** at 1:00 PM in courtroom 8 before Judge McAuliffe.   Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (i).

IT IS SO ORDERED.

Dated:   **August 4, 2016**                              /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

3