Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
E-Mail: kevin@kevinglittle.com
Attorney for Defendant, ERIK MOJE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00287-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO POSTPONE SENTENCING HEARING FROM MAY 15, 2017 TO AUGUST 14, 2017 |
| ERIK MOJE, | |
| Defendant. | |

TO THE HONORABLE COURT:

WHEREAS sentencing in this matter is currently set for May 15, 2017 at 10:00 a.m., and WHEREAS the defendant is undergoing treatment for conditions related to cancer and has appointments with the following several providers between now and the first week of July 2017: Valley Cancer Center, 1144 Norman Dr. # 203, Manteca, CA 95336; Dr. Jeffrey C. Mark, 2101 Geer Rd. #118, Turlock, CA 95382 (gastroenterology); Dr. Ricky Bassi, 1541 Florida Ave. #200, Modesto, CA 95350 (endocrinology); Dr. Mark Hsu, 1441 Florida Ave, Modesto, CA 95350 (interventional radiology); Kaiser Permanente, 4601 Dale Rd., Modesto, CA 95356 (general medical care); and Defy Medical (hormone replacement therapy), and

WHEREAS it is very important for the defendant to keep this round of appointments, both for purposes of assessing his current medical status, and also for sentencing purposes, and

WHEREAS, there remain issues under Chapter 5 of the United States Sentencing

1

Guidelines, including medical issues, that are still in process and which could very well relate to a requested downward departure/adjustment/variance, and

WHEREAS it will be in the interests of justice to consider the sentencing issues in this matter having the benefit of full briefing by both parties, fully developed facts, and also with the benefit of the completed aforementioned medical assessments, and

WHEREAS the undersigned defense counsel's family is expecting a new child at the end of June and he accordingly anticipates being out of the office for much of the first half of July.

IT IS HEREBY STIPULATED that the sentencing hearing be continued to August 14, 2017 at 10:00 a.m. No further continuances will be requested or considered.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 18, 2017  /s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
This was agreed to by Ms. Escobar
via email on April 18, 2017

DATED: April 18, 2017  /s/ Kevin G. Little
KEVIN G. LITTLE
Attorney for Defendant
ERIK MOJE

### **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 15, 2017, is continued until August 14, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. No further continuances will be requested or considered.

IT IS SO ORDERED.

Dated: **April 19, 2017**  _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2