Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California  93747
Telephone:  (559) 342-5800
Facsimile:   (559) 420-0839
E-Mail: kevin@kevinglittle.com

Attorney for Defendant, ERIK MOJE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00287-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO POSTPONE SENTENCING HEARING FROM AUGUST 14 TO AUGUST 28, 2017 |
| ERIK MOJE, | |
| Defendant. | |

TO THE HONORABLE COURT:

WHEREAS, sentencing in this matter is currently set for August 14, 2017 at 10:00 a.m. and

WHEREAS, Assistant United States Attorney, Karen Escobar, has advised defense counsel that she will be out of the office until August 9, 2017, will need additional time to prepare sentencing pleadings when she returns to the office, and will be unavailable on August 14, 2017 due to scheduling conflicts, and

WHEREAS, the continuance would allow the government additional time to prepare, and the Court additional time to consider, any formal objections filed by the Government or defense counsel in this matter.

IT IS HEREBY STIPULATED that the sentencing hearing be continued to August 28, 2017 at 10:00 a.m.  No further continuances will be requested or considered.

The parties also agree that any delay resulting from this continuance shall be excluded in the

1

interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  July 25, 2017            /s/ Karen Escobar
                                 KAREN ESCOBAR
                                 Assistant United States Attorney
                                 This was agreed to by Ms. Escobar
                                 via email on July 21, 2017


DATED:  July 25, 2017            /s/ Kevin G. Little
                                 KEVIN G. LITTLE
                                 Attorney for Defendant
                                 ERIK MOJE

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. In light of government counsel's unavailability and need to prepare for the hearing and good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for August 14, 2017, is continued until August 28, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. No further continuances will be requested or considered.

IT IS SO ORDERED.

Dated:  **July 25, 2017**                    _____
                                             UNITED STATES DISTRICT JUDGE

2