UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTITED STATES OF AMERICA, | Case No. 1:15-cr-00287-DAD-BAM |
| Plaintiff, | |
| v. | SEALING ORDER |
| ERIK HARALD MOJE, | |
| Defendant. | |

The court has reviewed and considered defendant's request for an order sealing document(s) (Doc. 55) in this case. Good cause appearing, defendant's response to government's motion under U.S.S.G. § 5K1.1 shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **August 22, 2017**

_____
UNITED STATES DISTRICT JUDGE

1