UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK HARALD MOJE,<br><br>Defendant. | Case No. 1:15-cr-00287-DAD-BAM<br><br>ORDER GRANTING CONTINUANCE OF VOLUNTARY SURRENDER DATE UNTIL DECEMBER 7, 2017 |

On September 13, 2017, defendant was sentenced to the custody of the U.S. Bureau of Prisons for nine months followed by a twenty-four month term of supervised release. (Doc. Nos. 73 and 74.) Defendant was ordered to voluntarily surrender to commence service of his sentence by no later than 2:00 p.m. on November 8, 2017. (*Id*.) On October 27, 2017, counsel for defendant filed an ex parte application to defer the defendant's voluntary surrender date until December 7, 2017. (Doc. No. 79.) That application was supported by defendant's own declaration, as well as a laboratory report and note from a physician indicating defendant was suffering from a condition which required that he not travel by air until after November 27, 2017.

Defendant's application contained no explanation for its ex parte nature. Nonetheless, the court has inquired with both the Pretrial Services Officer assigned to supervise defendant and with the Assistant U.S. Attorney who has prosecuted this case. The former has expressed no objection to the requested extension of the surrender date and defendant's continuing supervision

1

by Pretrial Services until a December 7, 2017 self-surrender into custody.  The Assistant U.S. Attorney involved in this case has communicated her position as one of deference to the court and the supervising officials.[1]  Because the application is essentially unopposed, the court will grant defendant's ex parte request.  However, no further extensions of time for defendant's voluntary surrender will be granted absent a compelling showing of good cause.  In the event another such request were to be submitted on behalf of defendant, it must be noticed for hearing, be fully supported by declaration(s) and reflect the positions of the Assistant U.S. Attorney and Pretrial Services with respect to the request.

For the reasons set forth above, defendant Erik Moje's voluntary surrender date of November 8, 2017 is vacated and he is now ordered to self-surrender to the institution designated by the U.S. Bureau of Prisons or, if no such designation has been made, to the U.S. Marshal's Service located in Fresno, California not later than 2:00 p.m. on December 7, 2017.

IT IS SO ORDERED.

Dated:  **October 31, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] The court also inquired with the U.S. Probation Office who have deferred to their Pretrial Services colleagues with respect to this request.

2