McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00287-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION FOR AMENDED FINAL ORDER OF FORFEITURE |
| ERIK HARALD MOJE, | |
| Defendant, | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, Joanne P. Miravete, and petitioner PennyMac Loan Services, LLC, as duly-authorized agent for Federal National Mortgage Association (hereafter "PennyMac" or "Petitioner"), that the time to file a stipulation for amended final order of forfeiture be extended to May 14, 2018.

The Court ordered that the parties submit a stipulation and proposed order within 45 days of the February 12, 2018 Status Hearing. An extension to this deadline is requested to allow for the various parties to circulate and review the draft stipulation.

                   Respectfully submitted,

Dated: March 29, 2018         McGREGOR W. SCOTT
                    United States Attorney


              By: /s/ Kevin C. Khasigian
                   KEVIN C. KHASIGIAN
                   Assistant U.S. Attorney

Dated: March 27, 2018    /s/ Kevin G. Little
                         KEVIN G. LITTLE
                         Attorney for Joanne P. Miravete
                         (As approved by email on 03/27/18)

Dated: March 29, 2018    /s/ Britt M. Roberts
                         LORENZO E. GASPARETTI
                         KAREN A. BRAJE
                         BRITT M. ROBERTS
                         REED SMITH LLP
                         Attorneys for Petitioner PennyMac Loan Services,
                         LLC (as duly authorized agent for Federal
                         National Mortgage Association)
                         (As approved by email on 03/29/18)

**ORDER**

Upon consideration of the parties' stipulation, it is hereby ORDERED that the deadline within which a stipulation and proposed order for an amended final order of forfeiture is extended to May 14, 2018.

IT IS SO ORDERED.

Dated: **April 3, 2018**                  _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE