McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00287-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION FOR AMENDED FINAL ORDER OF FORFEITURE |
| ERIK HARALD MOJE, | |
| Defendant, | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, Joanne P. Miravete, and petitioner PennyMac Loan Services, LLC, as duly-authorized agent for Federal National Mortgage Association (hereafter "PennyMac" or "Petitioner"), that the time to file a stipulation for amended final order of forfeiture be extended to June 13, 2018.

The Court ordered that the parties submit a stipulation and proposed order within 45 days of the February 12, 2018, Status Hearing. The United States asked for an initial extension to May 14, 2018. An additional extension is requested to allow the parties to circulate and review the revised draft stipulation.

Dated: 5/11/2018                    McGREGOR W. SCOTT
                                     United States Attorney

                            By:      /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

STIPULATION AND ORDER TO EXTEND DEADLINE TO
FILE STIPULATION FOR AMENDED FINAL ORDER OF                    1
FORFEITURE

Dated: 5/10/18					/s/ Kevin G. Little
						KEVIN G. LITTLE
						Attorney for Joanne P. Miravete


Dated: 5/11/18					/s/ Britt M. Roberts
						LORENZO E. GASPARETTI
						KAREN A. BRAJE
						BRITT M. ROBERTS
						REED SMITH LLP
						Attorneys for Petitioner PennyMac Loan Services, LLC (as duly authorized agent for Federal National Mortgage Association)

						(Signatures authorized by email)

## **ORDER**

Upon consideration of the parties' stipulation, it is hereby ORDERED that the deadline within which a stipulation and proposed order for an amended final order of forfeiture is extended to June 13, 2018.

IT IS SO ORDERED.

Dated: __**May 11, 2018**__				_/s/ Dale A. Drozd_
						UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION FOR AMENDED FINAL ORDER OF FORFEITURE

2